IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KALEB MATTHEW JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:24-CV-663-WKW |
| | ) | [WO] |
| RUSSELL COUNTY SHERIFF | ) | |
| DEPARTMENT, HEATH TAYLOR, | ) | |
| STEVE JOHNSON, LIEUTENANT | ) | |
| WILLIAMS, PAUL WEATHERLY, | ) | |
| and IAN PARKER, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff Kaleb Matthew Jones, a detainee at the Russell County Jail, filed a civil rights action under 42 U.S.C. § 1983 for damages and injunctive relief, alleging violations of his constitutional rights under the First, Eighth, and Fourteenth Amendments. Defendants include Sheriff Heath Taylor and other officials from the Russell County Sheriff's Department, all sued in their individual and official capacities.

Contemporaneously with the initiation of his Complaint on October 16, 2024, Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis* (Doc. # 2), but the motion lacked the necessary documentation from the inmate account clerk. The court ordered Plaintiff to provide the required documentation by November 4, 2024,

warning that a failure to comply would lead to a recommendation for dismissal of this action. (Doc. # 4.) Plaintiff did not comply with or otherwise respond to the Order. Therefore, on January 9, 2025, the Magistrate Judge filed a Recommendation for dismissal based on the authority of courts to dismiss cases for failure to prosecute or obey court orders, as supported by Rule 41(b) of the Federal Rules of Civil Procedure and controlling case law. (Doc. # 5 at 1–2.) Plaintiff had until January 23, 2025, to file objections (*id.* at 2); however, to date, no objections have been filed.

Based upon the foregoing and an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 5) is ADOPTED; and

(2) Plaintiff's action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 25th day of March, 2025.

/s/ W. Keith Watkins  
UNITED STATES DISTRICT JUDGE